## STATEMENT OF FACTS

1.      The Federal Bureau of Investigation ("FBI") and the Metropolitan Police Department ("MPD") have been investigating multiple armed robberies that occurred in Washington, D.C. Specifically, the Government is investigating (1) an armed robbery of a Subway restaurant located at 3204 Pennsylvania Avenue Southeast, Washington, DC, on July 3, 2024; (2) a second armed robbery of the same Subway restaurant on December 29, 2024; (3) an armed robbery of a Manny & Olga's Pizza restaurant located at 1430 Pennsylvania Avenue Southeast, Washington, DC, on December 30, 2024; (4) an armed robbery of a Chipotle restaurant located at 3204 Pennsylvania Avenue Southeast, Washington, DC, on January 14, 2025; and (5) an armed robbery of a Dunkin' Donuts restaurant located at 850 Quincy Street Northwest, Washington, DC, on February 3, 2025.

2.      For the reasons discussed below, your affiant believes that DAVID WILLIAMS committed: (1) the December 30 Manny & Olga's armed robbery in violation of 18 U.S.C. § 1951 (Interference with Commerce by Robbery) and 18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, and Brandishing a Firearm during and in relation to, and Possessing a Firearm in Furtherance of, a Crime of Violence) and (2) the February 3 Dunkin' Donuts in violation of 18 U.S.C. § 1951 (Interference with Commerce by Robbery) and 18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, and Brandishing a Firearm during and in relation to, and Possessing a Firearm in Furtherance of, a Crime of Violence).

## PROBABLE CAUSE

36.     The government is investigating (1) an armed robbery of a Subway restaurant located at 3204 Pennsylvania Avenue Southeast, Washington, DC, on July 3, 2024; (2) a second armed robbery of the same Subway restaurant on December 29, 2024; (3) an armed robbery of a

Manny & Olga's Pizza restaurant located at 1430 Pennsylvania Avenue Southeast, Washington, DC, on December 30, 2024; (4) an armed robbery of a Chipotle restaurant located at 3204 Pennsylvania Avenue Southeast, Washington, DC, on January 14, 2025; and (5) an armed robbery of a Dunkin' Donuts restaurant located at 850 Quincy Street Northwest, Washington, DC, on February 3, 2025. Due to the similarities in the modus operandi, weapon used, appearance of the suspect, and accessories and clothing items worn during and after the robberies, it is likely that these five robberies were committed by the same individual.

37.      In the July 3, 2024 robbery, an unknown black male wearing a mask entered the Subway restaurant located in The Shops at Penn Branch at 3204 Pennsylvania Avenue Southeast, Washington, DC, drew a firearm from a shoulder bag, and took approximately $100 in cash before fleeing on foot.

38.      In the December 29, 2024 robbery, an unknown black male wearing a medical face mask, entered the same Subway restaurant in The Shops at Penn Branch, drew a firearm from a shoulder bag, and took approximately $70 in cash before fleeing on foot to a nearby bus stop and boarding a Washington Metro Area Transit Authority (WMATA) Metrobus.

39.      In the December 30, 2024 robbery, an unknown black male wearing a medical face mask, entered the Manny & Olga's Pizza restaurant at 1430 Pennsylvania Avenue Southeast, Washington, DC, drew a firearm from his pocket, and demanded money from the cashier before fleeing on foot and boarding a WMATA Metrobus.

40.      In the January 14, 2025 robbery, an unknown black male wearing a ski mask, entered the Chipotle restaurant located in The Shops at Penn Branch at 3204 Pennsylvania Avenue Southeast, Washington, DC, brandished a firearm, and took approximately $813 in cash before fleeing on foot and boarding a WMATA Metrobus.

41.     In the February 3, 2025 robbery, an unknown black male entered the Dunkin'
Donuts at 850 Quincy Street Northwest, Washington, DC, ordered the employee to empty the cash
register, brandished a firearm, and took cash before fleeing on foot toward a Metro train station.

42.     As explained in detail below, DAVID ANDREW WILLIAMS, was later identified
as the individual who robbed the Dunkin' Donuts. Given the similarities in the modus operandi,
weapon used, appearance of the suspect, and accessories and clothing items worn during the
robberies, there is probable cause to believe that all five robberies were committed by WILLIAMS.

### *July 3, 2024 Subway Robbery (The Shops at Penn Branch)*

43.     On Wednesday July 3, 2024, at approximately 6:00 PM, Metropolitan Police
Department (MPD) officers responded to the Subway restaurant at 3204 Pennsylvania Avenue
Southeast for a report of an armed robbery. The complainant advised that a skinny black male,
approximately 5' 11" tall, wearing a mask and glasses, had entered the store, brandished a firearm,
while demanding money out of the register, then left.

44.     When officers arrived, they were met by two restaurant employees. MPD detectives
interviewed both witnesses with the assistance of Spanish-speaking officer. Both complainants
gave a similar account of events. One of the witnesses, (Witness A1) explained that she and another
employee, (Witness A2) were cleaning the front of the store when the suspect approached Witness
A2 at the register. The suspect lifted his shirt, pulled a black in color handgun out of his black
satchel, and told Witness A2, "Open the drawer!" Witness A1 stated that she noticed that Witness
A2 did not understand the suspect and appeared nervous, so she went to open the register for him.
The suspect placed the handgun on the counter while both victims handed him approximately $100
in U.S. currency. The suspect then grabbed the till from the employees and poured the loose coin

currency into a Subway cookie bag. The suspect told Witness A1 and Witness A2 not to move as he walked out of the location and fled northbound on the 1600 block of Branch Avenue Southeast.

45.    Officers reviewed footage from the Subway's surveillance cameras and noted that the timestamp on the videos was approximately four hours behind the actual time. The footage showed the suspect, a black male, wearing a black t-shirt with a white undershirt, gray pants, white, black and red sneakers, a white dust mask, a white Nike baseball cap, and a black crossbody bag across his chest walk up to the register at approximately 5:57 PM with a black handgun in his right hand. While the suspect appeared to speak and gesture to the slide, he racked the slide on the handgun, ejecting a cartridge from the chamber. One of the employees went to the cash register, opened it and began handing the money to the suspect. The suspect then put both the handgun and the money into his crossbody bag. The employee closed the cash register and then opened it again. At this point another employee approached the cash register and removed a box with loose change. The suspect held open a cookie bag, took the box from the employee, and poured the change into the bag. The suspect then appeared to grab money from the tip jar before walking toward the door at approximately 5:58 PM.



***Suspect in the July 3 Subway robbery***

***<u>December 29, 2024 Subway Robbery (The Shops at Penn Branch)</u>***

46.    On December 29, 2024, at approximately 2:18 PM, MPD officers were dispatched to respond to the same Subway restaurant at 3204 Pennsylvania Avenue Southeast for another report of an armed robbery.

47.    Restaurant employees told responding officers that a single person had come into the restaurant and taken money. The suspect was described as "skinny," wearing all black, and armed with a gun. The suspect took approximately $70 and left on foot. The employees said that the suspect did not say anything, just pointed at the cash register. The employees showed MPD officers footage from the surveillance cameras, which showed that the suspect was actually wearing gray. Officers noted that the timestamp on the camera system was approximately three hours earlier than the actual time.

48.    The Subway surveillance footage showed a black male wearing a gray hooded sweatshirt, gray pants, a dark Nike baseball cap, and a medical-type mask enter the Subway at

approximately 2:17 PM. As the suspect approached the cash register, he reached into a bag that was slung over his shoulder and drew a black handgun. The suspect held the gun on top of the counter and gestured toward the cash register. The employee at the register opened it and handed a box with cash to the suspect. The suspect took the cash and put it in his pocket. The suspect gestured toward a shelf with visible currency, at which point employee retrieved it and handed it to the suspect, who again put it in his pocket. The employee showed the suspect the remaining items from the cash register and poured out some change. The suspect examined some of the items, put the firearm back in his bag, and then left without taking the additional change. At approximately 2:18 PM, the suspect exited the Subway and walked toward Branch Avenue Southeast.

49.     Your affiant reviewed CCTV footage from The Shops at Penn Branch. The suspect was first seen at approximately 2:03 PM after apparently disembarking an eastbound Metrobus at the corner of Pennsylvania Avenue Southeast and Branch Avenue Southeast. The suspect crossed the street and walked east along Pennsylvania Avenue Southeast toward The Shops at Penn Branch before entering the parking lot. The suspect then walked back toward Branch Avenue Southeast, passing the entrance to the Subway restaurant at approximately 2:08 PM. The suspect then walked to the bus stop shelter at the northwest corner of Branch Avenue Southeast and Pennsylvania Avenue Southeast. At approximately 2:15 PM, the suspect left the bus stop and walked back toward The Shops at Penn Branch. The suspect walked toward the rear parking lot and loitered for a short period before walking to the front. At several times, the suspect was holding and/or looking at a phone. The camera showing the Subway entrance was not activated when the suspect entered, but at approximately 2:18 PM, the suspect exited the Subway and walked back to the bus stop at

the northwest corner of Pennsylvania Avenue Southeast and Branch Avenue Southeast. At approximately 2:22 PM, the suspect boarded a westbound Metrobus.[1]



***Suspect in December 29 Subway robbery***

***December 30, 2024 Manny and Olga's Robbery***

50.     On December 30, 2024, at approximately 8:00 PM, MPD officers responded to Manny & Olga's Pizza at 1430 Pennsylvania Avenue Southeast, Washington, DC for a report of an armed robbery.

51.     An MPD detective interviewed the cashier (Witness C1). Witness C1 stated that she was working at Manny & Olga's Pizza as the cashier. Witness C1 said that she was sitting down behind the cash register when the suspect entered the establishment and asked if the business takes cash. Witness C1 stated that she replied yes and went to the cash register because she thought

---

[1]     Investigators have not been able to obtain and review video footage showing whether or not the suspect paid the fare for either Metrobus ride on December 29, 2024.

the suspect was going to place an order. Witness C1 stated that the suspect then told her to give him all the money and pulled out a black handgun. Witness C1 stated that she then opened the cash register and gave the suspect all the money from the register. Witness C1 stated that, after getting the money, the suspect walked out of the store and then walked west on Pennsylvania Avenue SE. Witness C1 described the suspect as a black male, 25-30 years old, wearing a brown coat with squares on it, carrying a dark green fanny pack.

52.    An MPD Detective interviewed another employee (Witness C2) with the assistance of an MPD officer who was a Certified Spanish Interpreter. Witness C2 stated that he was working in the kitchen area of Manny & Olga's making a pizza, when he looked up and saw the store being robbed. Witness C2 stated that he saw Witness C1 handing money to the suspect, who had a black gun in his hand. Witness C2 described the suspect as a black male with a brown jacket with square designs, a blue mask covering his face, armed with a black handgun.

53.    Witness C1 provided recorded video footage from the Manny & Olga's Pizza to MPD detectives, which confirmed Witness C1's narrative of events.

*Suspect in December 30 Manny and Olga's robbery*

54.     An MPD CCTV camera located at Potomac Avenue Southeast and Pennsylvania Avenue Southeast showed the suspect run west on the north sidewalk of the 1300 block of Pennsylvania Avenue Southeast toward a Metrobus parked in front of the Potomac Avenue Metro Station. The suspect does not appear pay the fare. The bus, bearing number 4546 on the roof, drove off and turned east on Pennsylvania Avenue Southeast.

55.     An MPD CCTV camera located at Minnesota Avenue Southeast and Pennsylvania Avenue Southeast showed the suspect exit Metrobus 4546 at 8:03 PM and walk east on Pennsylvania Avenue Southeast.



***Suspect after exiting the Metrobus on December 30 (bottom left)***

56.    FBI agents reviewed video footage from a Shell gas station at 2501 Pennsylvania Avenue Southeast. The suspect was seen walking east on Pennsylvania Avenue Southeast past the gas station. The suspect was wearing the same clothing, but appears to have reversed his coat, to change his appearance. (Notably his pants, sweatshirt, and shoes appear to be the same.) The suspect was seen walking toward a supermarket at 2529 Pennsylvania Avenue Southeast.

57.    FBI agents reviewed video footage from the supermarket at 2529 Pennsylvania Avenue Southeast. The suspect was seen entering the store, with no mask. The suspect approached the front counter and obtained a shopping bag. The suspect then removed his coat, placed it into the bag and exited the store. The suspect was last seen walking east on Pennsylvania Avenue Southeast toward 27th Street Southeast at approximately 8:06 PM.



*Still images showing the suspect having changed attire before entering (left)*
*and again before leaving (right) the supermarket*

**January 14, 2025 Chipotle Robbery (The Shops at Penn Branch)**

58.    On January 14, 2025, at approximately 6:38 PM, MPD officers responded to the Chipotle restaurant at 3240 Pennsylvania Avenue Southeast, Washington, DC for a report of an armed robbery.

59.    An MPD detective spoke with an employee (Witness D1) who said that she was near the back of the kitchen prior to the offense. Witness D1 said that she was grabbing a stack of napkins when she observed the suspect enter the restaurant and approach the counter while brandishing a pistol. Witness D1 said that the suspect then pointed the pistol at her while stating, "You need to open the cash register."

60.    Witness D1 explained she attempted to open the register with the keys but was unable to, due to the stress of the situation. Witness D1 explained that moments later, Witness D2

came to the register and opened it for the suspect, who grabbed the money and fled out of the restaurant.

61.     Witness D1 described the suspect as a tall black male, approximately in his thirties, with a skinny build, wearing a black jacket, black pants, with a short beard and short hair.

62.     The MPD detective then spoke with the assistant manager of the restaurant (Witness D2). Witness D2 explained that only he and Witness D1 have access to the cash register. Witness D2 said that when the suspect had entered the restaurant and brandished the firearm, he was in the back office and heard a commotion. Witness D2 then looked at the security cameras, realized what was happening, and went to the register to open it, so the suspect could obtain the money. Witness D2 said that when he walked to the register, the suspect pointed the gun at him and stated, "Come open the register up," before putting the gun in his pocket.

63.     Witness D2 said that after taking the money from the register, the suspect exited the restaurant and walked towards the area of the bus stop at Pennsylvania Avenue Southeast and Branch Avenue Southeast. Witness D2 said that he continued to watch the suspect. Witness D2 believed he saw the suspect rob an unknown citizen near Pennsylvania Avenue Southeast and Branch Avenue Southeast (responding officers did not locate anyone claiming to have been robbed at that location). Witness D2 then went back into the restaurant and waited for police to arrive.

64.     Witness D2 said that the suspect took approximately $813.00 U.S. currency from the register.

65.     Witness D2 described the suspect as a black male, light complexion, tall, muscular build, wearing a ski mask, Helly Hanson snow pants with suspenders, black coat, approximately in his 30s, and possibly with a tattoo near his eye.

66.    The MPD detective spoke with another employee (Witness D3) who was near the cash register at the time of the offense. Witness D3 said that she observed the suspect enter the restaurant, approach the counter where the register is located, and point a handgun at Witness D3 while saying, "Give me the money, open the register." Witness D3 said that she did not have access to the register and the suspect said, "You think I'm playing with you? Open the register." Witness D2 then attempted to open the register as Witness D3 went to the back of the kitchen.

67.    Witness D3 described the suspect as a black male, approximately 6'1", wearing a white puffer coat with a black collar, black pants, medium build, approximately in his twenties, and wearing a ski mask.

68.    Multiple witnesses provided similar accounts, with small variations in descriptions, such as the color of the clothing or the suspect's height.

69.    An MPD detective obtained video footage from the surveillance cameras in the Chipotle. The footage showed the suspect, a black male wearing a white and black zip up jacket, Helly Hansen suspender style snow pants, a black ski mask, and black sneakers enter the restaurant at approximately 6:36 PM. The suspect then walked to the cash register where Witness D3 was working and removed a black handgun from inside of his jacket, which he pointed toward Witness D3. Witness D3 appeared to speak with the suspect before walking to the back of the restaurant. The suspect then walked around the counter toward the kitchen with the pistol in his hand and waited until Witness D1 emerged from the back carrying a stack of napkins. Witness D1 walked to the register and was followed by the suspect. Witness D2 then appeared to attempt to unlock the register while the suspect walked back towards the kitchen and went out of view for a moment. Witness D2 then walked from the back of the kitchen to the cash register with the suspect following him. Witness D2 then retrieved the keys from Witness D1 and opened the register for the suspect

who took the cash out of the till. After removing the money, the suspect exited the restaurant at approximately 6:38 PM.



***Suspect during the January 14 Chipotle robbery***

70.    Your affiant reviewed exterior video footage from The Shops at Penn Branch. The suspect was first seen at approximately 6:30 PM, walking east on Pennsylvania Avenue Southeast and entering a bus stop shelter at the northwest corner of Pennsylvania Avenue Southeast and Branch Avenue Southeast. At approximately 6:34 PM, the suspect left the bus stop and walked east along Pennsylvania Avenue Southeast, toward The Shops at Penn Branch. The suspect crossed the parking lot and entered the Chipotle at approximately 6:36 PM. At approximately 6:38 PM, the suspect exited the Chipotle, walked back across the parking lot, and began running west along Pennsylvania Avenue Southeast. The suspect approached a Metrobus stopped at the bus stop at Pennsylvania Avenue Southeast and Branch Avenue Southeast before being lost from view.

71.    Your affiant reviewed footage from the Metrobus, which showed the suspect board the bus, carrying a bag in his hand, at approximately 6:39 PM. The suspect does not appear to pay the fare. The suspect sat in the rear of the bus and appeared to change his coat with one from the bag he was carrying. At approximately 6:41 PM, the suspect exited the bus at Pennsylvania Avenue Southeast and 28th Street Southeast in Washington, DC. The suspect walked west on Pennsylvania Avenue Southeast, crossed the street, and walked south on 27th Street Southeast before being lost from view.



***Suspect entering a Metrobus (left) and leaving after changing coats (right)***
***following the January 14 Chipotle robbery***

### *February 3, 2025 Dunkin' Donuts Robbery*

72.    At approximately 1:30 PM on February 3, 2025, MPD officers responded to a report of an armed robbery at a Dunkin' Donuts located at 850 Quincy St Northwest, Washington, DC. Officers spoke with an employee (Witness E1) who stated that the suspect demanded money from the register. Witness E1 asked why, and the suspect drew a black handgun and said, "Do you think

15

I am playing?" Witness E1 took the tray out of the register, placed it on the counter, and allowed the suspect to take the money.

73.     There is an MPD CCTV camera located at Georgia Avenue and Quincy Street NW that captures the exterior of 850 Quincy Street NW. An MPD Crime Research Specialist reviewed the camera footage and provided a still image of the suspect exiting the location.



***Suspect leaving the Dunkin' Donuts following the February 3 robbery***

74.     A review of video footage from the area also appears to show the suspect using a cell phone outside of the Dunkin' Donuts shortly before the robbery.



***Suspect appears to use a cell phone less than two minutes before entering the Dunkin' Donuts***

75.     Notably, in the MPD CCTV footage, the suspect was wearing a hooded sweatshirt with vertical stripes, a black ski mask, camouflage pants, and two crossbody bags, including a green bag with a black strap. In the MPD CCTV footage, the suspect walks south along Georgia Avenue Northwest at approximately 1:26 PM and enters the WMATA Georgia Ave-Petworth Metro Station, via a street entrance that is adjacent to the Dunkin' Donuts.

76.     Video footage from WMATA shows the suspect entering the Georgia Ave-Petworth Station. The suspect was then seen on video boarding a WMATA Metro train at approximately 1:31 PM. He was later seen exiting the train one stop away at the Fort Totten Station at approximately 1:35 PM.



***Suspect in the Metro following the February 3 Dunkin' Donuts robbery***

77.    A detective from the Metro Transit Police Department ("MTPD") determined the SmarTrip card number used by the suspect to pay the fare upon entering the Georgia Ave-Petworth Station, which ended in 0009. The same card ending in 0009 was used by an individual exiting the Metro at Fort Totten Station at approximately 3:52 PM. A review of video footage showed an individual wearing a white sweater with a swirl pattern, dark colored pants, and white shoes.



***Suspect exiting the Metro following later on February 3, the day of the Dunkin' Donuts robbery.***

78.    An MTPD detective also placed the card ending in 0009 on a tracking list alerting law enforcement to stop the individual who next used that card. In addition, the detective reviewed WMATA video footage from when the card was previously used. The detective identified footage from one day earlier, February 2, 2025, showing an individual using the card ending in 0009. Notably, the individual was wearing what appeared to be the same shirt and pants that he was wearing following the Dunkin' Donuts robbery on February 3, 2025, and what appeared to be the same shirt and jacket as in the December 30, 2024 Manny & Olga's robbery. The individual also had a crossbody bag. The video showed the individual without any mask. A lookout was distributed to law enforcement with still image from the February 2 video.



***Still images depicting the individual using the SmarTrip card ending in 0009 on February 2***

79.    At approximately 7:29 PM on February 3, 2025, Metro Transit Police officers received a notification that the same SmarTrip card ending in 0009 was used to enter the Potomac Avenue Metro Station. A review of video footage showed the individual using the card wore a green ball cap, plaid jacket, green fleece pants, and white shoes. The jacket is consistent with the jacket worn by the suspect on December 30 for the robbery of Manny and Olga's.



*Still images depicting the individual using the SmarTrip card ending in 0009 to enter the Metro later on February 3*

80.     An individual matching the description was observed by MTPD officers at the Addison Road Metro Station on a Largo-bound blue line train. The MTPD officers approached the individual on the train. The individual raised his hands and advised officers that he had a gun in his bag. He dropped his bag and was handcuffed. The individual told a woman he was on the train with that, in sum and substance, he would be going away for a while for the thing he did that day. MTPD officers recovered a pistol from the individual's bag and placed him under arrest. During a search incident to arrest, officers recovered the SmarTrip card ending in 0009, a DC ID Card identifying the individual as DAVID WILLIAMS, and a cell phone.

81.     At the time of WILLIAMS' arrest, he was wearing a plaid jacket that appears to match the jacket worn during the December 30 Manny & Olga's robbery. He also wore a sweater,

green sweatpants, and a pair of camouflage pants under the green sweatpants. The camouflage pants appeared to match the pants worn during the February 3 Dunkin' Donuts robbery.



*A photograph of the clothing worn by WILLIAMS at the time of his arrest*

82.    On February 4, 2025, the D.C. Superior Court Judge Julie H. Beck found probable cause to believe that WILLIAMS had committed the February 3 Dunkin' Donuts robbery in violation of 22 D.C. Code Sections 2801 and 4502 (2001 ed.) and issued an arrest warrant.

### *Similarities Between Robberies*

83.    There are many similar elements in the modus operandi of these robberies. First, except for the most recent robbery on February 3, all of the robberies targeted restaurants located on a 1.75-mile length of Pennsylvania Avenue Southeast. Indeed, most of the known robberies occurred at The Shops at Penn Branch shopping center. Second, the suspect fled on a WMATA Metrobus following the robberies on December 29, December 30, and January 14. Further, in at least two of these, the suspect exited the bus approximately one block away from and then walked toward the intersection of Pennsylvania Avenue Southeast and 27th Street Southeast. Third, following the robberies on December 30 and January 14, the suspect altered his appearance by

placing the coat he wore into a bag. Fourth, the suspect used similar language during the January

14 Chipotle robbery ("You think I'm playing with you?") and the February 3 Dunkin' Donuts

robbery ("Do you think I am playing?"). Finally, the suspect's stance and manner of holding the

gun were similar during many of the robberies.



***Similarities in the July 3 (top left), December 29 (top right), December 30
(bottom right), and January 14 (bottom right) robberies***

84.     There are also numerous similarities in clothing and other items worn or carried by

the suspect during these robberies. First, the shoes that the suspect wore in the December 29

robbery appear to be the same as those that the suspect wore during the January 14 robbery.



***Similar shoes worn during the December 29 Subway robbery (left) and the
January 14 Chipotle robbery (right)***

85.    Second, the hat worn by the suspect in the robbery on December 29 appears to be

the same as that worn by the suspect in the robbery on December 30.



***Similar hat worn during the December 29 Subway robbery (left) and the
December 30 Manny and Olga's robbery (right)***

86.     Third, the watch worn by the suspect in the robbery on July 3 appears to be the

same as the one worn by the suspect in the robbery on December 29.



***Similar watch worn during the July 3 Subway robbery (left) and the December 29 Subway robbery (right)***

87.     Fourth, the suspect in all robberies wears a hat and/or face covering. In four of the robberies, the suspect wore a shoulder bag. The shirt and shoulder bag worn by the suspect during the December 30 Manny & Olga's robbery appear to be the same as those worn by WILLIAMS during the February 3 Dunkin' Donuts robbery. The shoulder bag also appears to be the same bag that WILLIAMS had when he was arrested.



***Closeup of the bag carried by the suspect in the Manny & Olga's robbery (left),***
***the bag carried by WILLIAMS in the Dunkin' Donuts robbery (center), and the***
***bag carried by WILLIAMS at the time of his arrest (right)***

88.    In addition, the coat worn by the suspect during the December 30 Manny & Olga's

robbery appears to be the same as the coat worn by WILLIAMS at the time of his arrest.



*__Similar clothing worn during the December 30 Manny & Olga's robbery (bottom); the February 3 Dunkin' Donuts robbery (top left); and on February 2, while using the same SmarTrip card as the February 3 robbery (top right)__*

89.    Further, the shoes worn by the suspect during the December 30 Manny & Olga's

Robbery appear consistent with the shoes worn by WILLIAMS at the time of this arrest.



***Closeups of the shoes worn by the suspect during the Manny & Olga's robbery
(top left/top right) and the shoes worn by WILLIAMS at the time of his arrest
(bottom left/bottom right)***

90.    Finally, the appearance of the firearm used is consistent between the robberies,
including cutouts from the firearm's slide seen on video of some of the robberies that is consistent
with the firearm recovered during WILLIAMS' arrest on February 3, 2025.



***A closeup still image of the firearm used during the December 30 Manny &
Olga's robbery (left) and the firearm recovered from WILLIAMS on February
3 (right) showing the same slide cutouts***

<u>**Search of 4238 Gault Place Northeast, Washington, D.C.**</u>

91.    Following his arrest, an MTPD detective reviewed telephone calls placed by WILLIAMS from the Prince George's County Department of Corrections after his arrest.

92.    On February 4, 2025, WILLIAMS placed a call to a number ending in 9785 and spoke with a woman, believed to be N.G., as explained below. WILLIAMS and the woman discussed his arrest on the Metro train. WILLIAMS said that the firearm he had did not have a serial number and was not registered. WILLIAMS told her that they were tracking his SmarTrip card. WILLIAMS explained that earlier that morning when he got on the train and "bust they ass," they saw what SmarTrip card he was using and used it to track him.

93.    WILLIAMS asked where his bags were and the woman told him that they were in her room on the ground. WILLIAMS told the woman to keep his socks and boxers that she might use and take everything else and throw it away. The woman told WILLIAMS that she will keep all of his clothes.

94.    WILLIAMS placed another call on the same day, to the same 9785 number. WILLIAMS told the woman that he had an old phone in one of his bags, a big Under Armour bag. He asked the woman to use his phone to access his Gmail and told her that the phone passcode was "1993." The woman told Williams that she would put all of his stuff into a blue tote and throw all of his bags away so there would be no evidence of them. WILLIAMS said that inside a black duffel was the hoodie that he had been wearing. He told her to throw the bag away with all of the clothing that is in it after making sure that the phone is not in it. The woman referred to this bag as the bag that WILLIAMS had "with him."

95.    Following his arrest, as captured on body worn camera footage, WILLIAMS indicated that he does not have a place to stay and has been staying at hotels. When pressed for a

mailing address, the person I now know to be N.G., who was also present, told WILLIAMS to provide her address.  WILLIAMS then gave MTPD officers N.G.'s known address.

96.    On February 7, 2024, the Honorable Matthew J. Sharbuagh found probable cause and issued warrant 25-SW-31 to search that address for evidence related to robberies including the December 30 Manny & Olga's robbery and the February 3 Dunkin' Donuts robbery.

97.    On February 7, 2024, law enforcement officers conducted a search of N.G.'s address. In a trashcan outside of the residence, officers found a bag containing a light-colored sweatshirt with vertical stripes consistent with the one worn by the suspect during the December 30 Manny & Olga's robbery and the February 3 Dunkin' Donuts robbery.

## CONCLUSION

98.    Based on the foregoing, I submit that there is probable cause to believe that the defendant, DAVID WILLIAMS, violated 18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery) and 18 U.S.C. 924(c)(1)(A)(ii) (Using, carrying, or possessing a firearm during, in relation to, or in furtherance of, a crime of violence) during the December 30 armed robbery of Manny & Olga's and 18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery) and 18 U.S.C. 924(c)(1)(A)(ii) (Using, carrying, or possessing a firearm during, in

relation to, or in furtherance of, a crime of violence) during the February 3 armed robbery of

Dunkin' Donuts.

Respectfully Submitted,

_Brian P. Hills_
_____
BRIAN P. HILLS
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone, this 7th day of February 2025.*

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE