AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| David Andrew Williams (AKA: N/A) | ) Case: 1:25-mj-00024 |
|  | ) Assigned To : Sharbaugh, Matthew J. |
|  | ) Assign. Date : 2/7/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     David Andrew Williams
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 1951 (Interference with Commerce by Robbery) on December 30, 2024;
Count 2: 18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, and Brandishing a Firearm during and in relation to, and Possessing a Firearm in Furtherance of, a Crime of Violence) on December 30, 2024;
Count 3: 18 U.S.C. § 1951 (Interference with Commerce by Robbery) on February 3, 2025; and
Count 4: 18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, and Brandishing a Firearm during and in relation to, and Possessing a Firearm in Furtherance of, a Crime of Violence) on February 3, 2025.

Date:  02/07/2025

*Issuing officer's signature*

City and state:     Washington, D.C.          Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/7/2025, and the person was arrested on *(date)* 2/7/2025
at *(city and state)* Washington DC.

Date: 2/10/2025

*Arresting officer's signature*

Kayleen Bretz Deputy United States Marshal
*Printed name and title*